Same case below, 364 Fed. Appx. 22.

**No. 10-5276. Michael A. Grindemann, Petitioner v. Robert Humphreys, Warden.**

562 U.S. 913, 131 S. Ct. 269, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 6882.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

**No. 10-5277. Nathaniel J. Hudson, Petitioner v. Kenneth McKee, Warden; and Jerome Dowe, Petitioner v. Gerald Hofbauer, Warden.**

562 U.S. 913, 131 S. Ct. 270, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 6825.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5278. Anne Gerard, Petitioner v. Parkland Plaza Veterinary Clinic (two judgments).**

562 U.S. 913, 131 S. Ct. 270, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 7004.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

Same case below, 322 Wis. 2d 736, 778 N.W.2d 172 (first judgment); 323 Wis. 2d 278, 779 N.W.2d 725 (second judgment).

**No. 10-5279. Robert Holland Koon, Petitioner v. Colie Rushton, Warden, et al.**

562 U.S. 913, 131 S. Ct. 270, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 6997.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-5280. Jeffrey Timothy Landrigan, Petitioner v. Arizona.**

562 U.S. 913, 131 S. Ct. 270, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 6984.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, denied.

**No. 10-5281. Jerry L. Maske, Petitioner v. Mary Chappell, et al.**

562 U.S. 913, 131 S. Ct. 270, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 7003.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-5283. Alexander Wallace, Petitioner v. Florida Parole Commission.**

562 U.S. 913, 131 S. Ct. 270, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 6949.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5284. Victor M. Vargas, Petitioner v. Derral G. Adams, Warden, et al.**

562 U.S. 913, 131 S. Ct. 271, 178 L. Ed. 2d 178, 2010 U.S. LEXIS 6839.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.